Mitch BENSON

v.

RAPIDES HEALTHCARE SYSTEM, L.L.C., et al.

NO. 2016-C-1144

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Evangeline, 13th Judicial District Court Div. A, No. 72300-A; to the Court of Appeal, Third Circuit, No. 15-1083;

Denied.

STATE of Louisiana

v.

Robert JONES

NO. 2016-KK-1153

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal

District Court Div. K, No. 357-917, 356-745; to the Court of Appeal, Fourth Circuit, No. 2016-K-0315

Denied.

STATE of Louisiana

v.

Tyrone WARNER

NO. 2016-KK-1154

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. D, No. 509-287; to the Court of Appeal, Fourth Circuit, No. 2016-K-0339

Denied.